FOIA Summons (12/11) (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  U.S. Department of Homeland Security

was received by me on *(date)*    March 26, 2026                .

     ➢  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

     ➢  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

     ➢  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

     ➢  I returned the summons unexecuted because _____ ; or

     ➢  Other *(specify):*  The Complaint, Civil Cover Sheet, Rule 7.1 Statement for American Immigration Council, Rule 7.1 Statement for Center for Constitutional Rights, Summons and Order and Notice of Initial Conference were delivered to U.S. Department of Homeland Security, c/o Office of the General Counsel, 245 Murray Lane, SW, Mail Stop 0485, Washington, DC 20528-0485 via USPS certified mail on April 6, 2026. The Attorney General was also served via USPS certified mail on April 13, 2026.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:  April 15, 2026

*Erika Acosta*
_____
*Server's signature*

Erika Acosta, paralegal
_____
*Printed name and title*

American Immigration Council
PMB2026
2001 L Street, NW, Suite 500
Washington, DC 20036
_____
*Server's address*

Additional information regarding attempted service, etc: