**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

CENTER FOR CONSTITUTIONAL RIGHTS
and AMERICAN IMMIGRATION COUNCIL,

      Plaintiffs,

      v.                                 Civil Action No. 26-2439

U.S. CITIZENSHIP AND IMMIGRATION
SERVICES, U.S. IMMIGRATION AND
CUSTOMS ENFORCEMENT, and U.S.
DEPARTMENT OF HOMELAND SECURITY,

      Defendants.

**DECLARATION OF ERIKA ACOSTA**

I, Erika Acosta, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

**I. Introduction**

1.  I am a paralegal at the American Immigration Council ("AIC"). I have held this position since September 2022. My responsibilities include serving process on defendants in litigation brought by AIC.

2.  The statements contained in this declaration are based upon my personal knowledge and my review of records kept or received by AIC in the ordinary course of business.

**II. Service to Defendants**

3.  I posted a true and correct copy of the Court's order, ECF 011, to Defendants, the U.S. Attorney General, and the U.S. Attorney's Office for the U.S. District Court for the Southern District of New York by USPS certified mail on April 2, 2026.

4.  USPS issued me a tracking number for each mailing.

5.  I later received notice from USPS of each mailing's delivery on the following dates:

    a.  United States Citizenship & Immigration Services: April 6, 2026

1

b.  United States Department of Homeland Security: April 6, 2026

c.  U.S. Immigration and Customs Enforcement: April 6, 2026

d.  Southern District of New York, United States Attorney's Office: April 6, 2026

e.  U.S. Department of Justice, Attorney General of the United States: April 13, 2026

***

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.


Executed on: April 15, 2026                    _Erika Acosta_
                                               _____
                                               Erika Acosta
                                               Paralegal
                                               American Immigration Council

2