

May 28, 2026

**By ECF**
The Honorable Ronnie Abrams
United States District Judge
Thurgood Marshall United States Courthouse
Southern District of New York
40 Foley Square, Courtroom 1506
New York, New York 10007

Re: *Center for Constitutional Rights et al. v. U.S. Citizenships & Immigration Services et al.*, No. 26 Civ. 2439 (RA)

Dear Judge Adams,

Counsel represents Plaintiffs Center for Constitutional Rights ("CCR") and American Immigration Council ("AIC") in the above referenced Freedom of Information Act ("FOIA") action. I write jointly with counsel for Defendants U.S. Citizenship & Immigration Services ("USCIS"), U.S. Immigration and Customs Enforcement ("ICE"), and U.S. Department of Homeland Security ("DHS") pursuant to the Court's Order and Notice of Initial Conference, ECF No. 11.

This litigation arises from two FOIA requests that AIC and CCR filed with USCIS on July 31, 2025, and August 8, 2025, respectively for the A-Files[1] of a potential client and client. Compl. ¶¶ 11, 16, ECF No. 1. USCIS granted and denied the requests in part during the administrative process, releasing 77 pages of responsive records in full and withholding 149 pages of responsive records in full or in part under 5 U.S.C. § 552(b)(3), (6), 7(C), and 7(E). *Id.* ¶¶ 12, 17. After Plaintiffs appealed all withholdings, USCIS referred a few dozen pages responsive to each request to ICE for review and a direct response. *Id.* ¶¶ 13-15, 18-29. Plaintiffs filed this litigation after not receiving further response from USCIS or ICE. *Id.* ¶ 21.

Defendants USCIS and ICE are re-processing Plaintiffs' FOIA requests. USCIS is re-assessing claimed withholdings and referrals. Due to prior Congressional lapse in appropriations, ICE was unable to process Plaintiffs' FOIA requests for several weeks. The ICE FOIA Division resumed work on FOIA matters on April 16, 2026, and will process anticipated referrals of records responsive to Plaintiffs' requests as expeditiously as possible.

---

[1] "The A-File serves as the official record of an individual's immigration history." Notice of Modified Privacy Act System of Records, 82 Fed. Reg. 43,556, 43,557 (Sept. 18, 2017). It includes the individual's "immigration applications, petitions, and requests, as well as enforcement transactions as he or she passes through the U.S. immigration process" exclusive of some "case processing and decisional data." *Id.* at 43,559; *see also id.* at 43,559-61 (listing illustrative contents of an A-File).



The parties propose the following schedule for processing and producing records and briefing summary judgment on any disputed withholdings.

- USCIS Production and Referral due by June 30, 2026
- Vaughn Index for any withholdings in USCIS Production due by July 31, 2026
- Complete Production of any referred documents due by August 7, 2026
- Draft *Vaughn* Index on remaining production due by August 28, 2026
- Defendants' Motion for Summary Judgment: September 28, 2026
- Plaintiffs' Opposition & Cross-Motion for Summary Judgment: November 4, 2026
- Defendants' Reply & Opposition: November 18, 2026
- Plaintiffs' Surreply & Reply: December 4, 2026

***

The parties thank the Court for its consideration of this joint letter and ask the Court to set the proposed deadlines and vacate the initial status conference set for June 5, 2026.

Respectfully,

/s/ Chris Opila
Christopher ("Chris") Opila
AMERICAN IMMIGRATION COUNCIL
PMB2026
2001 L Street N.W., Suite 500
Washington, DC 20036
(202) 507-7699
copila@immcouncil.org

*Counsel for Plaintiffs*