**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 1, 2026

**By ECF**
The Honorable Ronnie Abrams
United States District Judge
40 Foley Square, Courtroom 1506
New York, New York 10007

Re: *Center for Constitutional Rights et al. v. U.S. Citizenships & Immigration Services et al.* No. 26 Civ. 2439 (RA)

Dear Judge Abrams:

This Office represents the U.S. Citizenship & Immigration Services ("USCIS"), U.S. Immigration and Customs Enforcement ("ICE"), and U.S. Department of Homeland Security ("DHS") (collectively the "government"), in the above-referenced action brought by plaintiffs pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 522, *et seq*. I write with plaintiffs' consent to respectfully request a *nunc pro tunc* extension of the government's time to provide a draft *Vaughn* index from August 28, 2026, to September 21, 2026. I further request a modification of the negotiated summary judgment briefing schedule.

Additional time is needed for ICE to complete a draft *Vaughn* index in this matter. Since the submission of the parties' joint status letter on May 28, 2026, ECF No. 20, the government has completed processing of plaintiffs' FOIA requests, USCIS has released 153 pages of responsive records, and ICE has released 68 pages of responsive records. Per the joint status letter, the government is to provide a draft *Vaughn* index for "any withholdings in [the] USCIS Production [] by July 31, 2026," and a draft *Vaughn* index on any other productions by August 28, 2026. ECF No. 20. Due to an internal miscommunication, ICE did not produce a draft *Vaughn* index by August 28, 2026, and now needs additional time to prepare one. To allow for this, the government respectfully requests an extension of time to provide ICE's draft *Vaughn* index from August 28, 2026, to September 21, 2026.

Additionally, to allow time for plaintiffs to review the forthcoming draft *Vaughn* index and for the parties to discuss the scope of their disagreement in advance of briefing, the government requests that the previously negotiated briefing schedule be modified as follows:

- Defendants' Motion for Summary Judgment: Originally scheduled for September 28, 2026, is now due November 6, 2026
- Plaintiffs' Opposition & Cross-Motion for Summary Judgment: Originally scheduled for November 4, 2026, is now due December 4, 2026
- Defendants' Reply & Opposition: Originally scheduled for November 18, 2026, is now due December 18, 2026
- Plaintiffs' Surreply & Reply: Originally scheduled for December 4, 2026, is now due January 8, 2027

This is the government's first request for an extension and plaintiffs consent to this request. I thank the Court for its attention to this matter and consideration of this request.

Respectfully,

JAMES M. MCDONALD
United States Attorney

By: /s/ *Chibogu Nneka Nzekwu*
C. Nneka Nzekwu
Assistant United States Attorney
Tel.: (212) 637-2737

cc: Plaintiffs' Counsel (By ECF)

Application granted.

SO ORDERED.

Hon. Ronnie Abrams
September 2, 2026