**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 5, 2026

**By ECF**
The Honorable Ronnie Abrams
United States District Judge
40 Foley Square, Courtroom 1506
New York, New York 10007

Re: *Center for Constitutional Rights et al. v. U.S. Citizenships & Immigration Services et al.* No. 26 Civ. 2439 (RA)

Dear Judge Abrams:

This Office represents the U.S. Citizenship & Immigration Services ("USCIS"), U.S. Immigration and Customs Enforcement ("ICE"), and U.S. Department of Homeland Security ("DHS") (collectively the "government"), in the above-referenced action brought by plaintiffs pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 522, *et seq*. I write with plaintiffs' consent to respectfully request a modification of the negotiated summary judgment briefing schedule.

Additional time is needed for the parties to continue negotiations which, if successful, may obviate the need for briefing. Since the submission of the parties' joint status letter on May 28, 2026, ECF No. 20, the government has completed processing of plaintiffs' FOIA requests, USCIS has released 153 pages of responsive records, and ICE has released 68 pages of responsive records. On August 28, 2026, USCIS provided plaintiffs with a draft *Vaughn* index in this matter. On September 21, 2026, ICE provided plaintiffs with a draft *Vaughn* index. On October 2, 2026, after further negotiations, both USCIS and ICE provided amended *Vaughn* indexes. Since the production of the amended *Vaughn* indexes, the parties have continued discussions to resolve remaining disagreements.

To allow time for the parties to attempt to resolve or narrow their disagreements, the government requests that the previously negotiated briefing schedule be modified as follows:

- Defendants' Motion for Summary Judgment: Originally due November 6, 2026, now due December 4, 2026
- Plaintiffs' Opposition & Cross-Motion for Summary Judgment: Originally due December 4, 2026, now due December 18, 2026
- Defendants' Reply & Opposition: Originally due December 18, 2026, now due January 8, 2027
- Plaintiffs' Reply: Originally due January 8, 2027, now due January 22, 2027

This is the government's second request for modification of the briefing schedule and plaintiffs consent to this request. The first request was granted by this Court. ECF No. 23.

I thank the Court for its attention to this matter and consideration of this request.

Respectfully,

JAMES M. MCDONALD
United States Attorney

By: */s/ Chibogu Nneka Nzekwu*
C. Nneka Nzekwu
Assistant United States Attorney
Tel.: (212) 637-2737

cc: Plaintiffs' Counsel (By ECF)

Application granted.

SO ORDERED.

Hon. Ronnie Abrams
November 6, 2026